**FILED**
DEC 11 2018
Clerk, U.S. Courts
District Of Montana
Billings Division

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> ASHLEY DAWN CHESMORE, <br><br> Defendant. | ~~MJ  BLG-TJC~~ <br> MJ-18-51-BLG-TJC <br><br> **ORDER** |

Based on motion of the United States and good cause appearing,

IT IS HEREBY ORDERED that this case and all pleadings in it, including the Application and Affidavit for the Search Warrant filed herein, are SEALED for a period of 120 days.

IT IS FURTHER ORDERED that this case is unsealed for the limited purposes of providing copies of documents in discovery, upon initial appearance on an Indictment by any defendant related to this search warrant and service/receipt of request for discovery by defense counsel, pursuant to Fed. R. Crim. P. 16.

DATED this 11 day of December 2018.

HON. TIMOTHY J. CAVAN
U.S. Magistrate Judge